IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA S. MUSIC,** | : | **CIVIL ACTION NO. 1:05-CV-1223** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and PENN NATIONAL INSURANCE,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 20th day of November, 2007, upon consideration of plaintiff's motions for prejudgment interest (Doc. 49) and for attorney's fees and costs (Doc. 51), and of plaintiff's supplemental brief and affidavit (Docs. 60, 61) in support thereof, and the court observing that defendant was permitted to file a response to plaintiff's supplemental filings on or before November 19, 2007, (see Doc. 58), and it appearing that, as of the date of this order, defendant has not filed such response,[1] it is hereby ORDERED that plaintiff's motions for prejudgment interest (Doc. 49) and for attorney's fees and costs (Doc. 51) are GRANTED as follows:

---

[1] Plaintiff's supplemental filings specify the precise amounts plaintiff seeks under each motion. In light of defendant's failure to oppose plaintiff's supplemental filings when permitted to do so, the court will adopt plaintiff's calculation of prejudgment interest and attorney's fees and costs. Cf. L.R. 7.6 (stating that a respondent who fails to file a brief in opposition to a motion will be "deemed not to oppose such motion).

1. Plaintiff is awarded prejudgment interest in the amount of $1,405.53 on the principal of $9,411.75.

2. Plaintiff is awarded attorneys fees and costs in the amount of $7,980.00.

3. The Clerk of Court is instructed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge